# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re** | : | **Bankruptcy Nos.** |
| | : | 09-13964 |
| **First Mesa Tankships, LLC** | : | Section "B" |
| | : | Chapter 11 |
| Debtor | : | |

| | | |
|---|---|---|
| **In re** | : | 09-13965 |
| | : | Section "B" |
| **Keet Seel Tankships, LLC** | : | Chapter 11 |
| | : | |
| Debtor | : | |

| | | |
|---|---|---|
| **In re** | : | 09-13966 |
| | : | Section "B" |
| **Dos Raven Tankships, LLC** | : | Chapter 11 |
| | : | |
| Debtor | : | |

## ORDER

Upon consideration of the Motion (the "Motion") of First Mesa Tankships, LLC **(P-4),** Keet Seel Tankships, LLC **(P-4, 09-13965)** and Dos Raven Tankships, LLC **(P-4, 09-13966)** (collectively, the "Debtors"), as debtors and debtors in possession, for an order pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), directing the joint administration of the chapter 11 cases of the Debtors [P-4], all as more fully set forth in the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided; and the relief requested in the Motion being in the best interests of the Debtors and their estates and creditors; and the Court having reviewed the Motion; and the Court having determined that the legal

and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefore,

**IT IS ORDERED** that the Motion is **GRANTED**; and

**IT IS FURTHER ORDERED** that the captioned chapter 11 cases are consolidated for procedural purposes only and shall be jointly administered by the Court; and

**IT IS FURTHER ORDERED** that nothing contained in this Order shall be deemed or construed as directing or otherwise affecting the substantive consolidation of any of the captioned cases; and

**IT IS FURTHER ORDERED** that the caption of the jointly administered cases should read as follows:

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE** | : | **BANKRUPTCY NO.** |
| | : | **09-13964** |
| **FIRST MESA TANKSHIPS, LLC**[1] | : | **SECTION "B"** |
| | : | |
| **DEBTOR(S)** | : | *Jointly Administered* |

-----------------------------------------------------------------x

and it is further

**ORDERED** that (a) a single docket sheet shall be maintained for all matters occurring in these cases, however, separate claims registers shall be maintained and each creditor shall file a proof of claim against a particular Debtor's estate; (b) combined service lists shall be used; (c) combined notices to creditors of the estates shall be used; and

---

[1] Dos Raven Tankships, LLC (09-13966) and Keet Seel Tankships, LLC (09-13965) have moved for their bankruptcy cases to be jointly administered with First Mesa Tankships, LLC.

**IT IS FURTHER ORDERED** that a docket entry shall be made in each of the captioned cases substantially as follows:

An Order has been entered in this case directing the procedural consolidation and joint administration of the chapter 11 cases First Mesa Tankships, LLC, Case No. 09-13964; Keet Seel Tankships, LLC, Case No. 09-13965; and Dos Raven Tankships, LLC, Case No. 09-13966. The docket in the chapter 11 case of First Mesa Tankships, LLC should be consulted for all matters in these proceedings.

New Orleans, Louisiana, December 3, 2009.

*J. A. Brown*
Jerry A. Brown
U.S. Bankruptcy Judge